No. 141. BAILEY *v.* MISSOURI. October 11, 1943. Petition for writ of certiorari to the Supreme Court of

Missouri denied.  *George William Bailey, pro se.*